Noah G. Hillen
P.O. Box 6538
Boise, Idaho 83707
Telephone: (208) 297-5774
Facsimile:
ngh@hillenlaw.com

Chapter 7 Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In Re: | ) | |
|---|---|---|
| | ) | |
| Crow, John Patrick | ) | Case No. 14-00080-JDP |
| Crow, Jennifer Jo | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

TURNOVER OF FUNDS TO COURT

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1.  The following represents funds paid the Court pursuant to Bankruptcy Rule 3010.

| Creditor | Claims | Amount Not Disbursed |
|---|---|---|
| Kermit Jackson | 7 | $1,932.45 |
| C/O Breck Seiniger | | |
| 942 Myrtle Street | | |
| Boise, ID 83702 | | |
| | TOTAL AMOUNT REMITTED: | $1,932.45 |

DATED: March 11, 2016

/s/ Noah G. Hillen
Noah G. Hillen
Trustee

FEE PAID
R# 62410